denied.  *L. E. Dubon* for petitioner.  *James R. Beverley* for respondents.

No. 134.  GULF-TIDE STEVEDORES, INC. ET AL. *v.* VORIS, DEPUTY COMMISSIONER.  C. A. 5th Cir.  Certiorari denied.  *John R. Brown* and *E. D. Vickery* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Burger, Samuel D. Slade* and *Benjamin Forman* for respondent.

No. 137.  ILLINOIS COMMERCE COMMISSION *v.* ILLINOIS CENTRAL RAILROAD Co.  Supreme Court of Illinois. Certiorari denied.  *Latham Castle,* Attorney General of Illinois, and *Grenville Beardsley, John L. Davidson, Jr.* and *William C. Wines,* Assistant Attorneys General, for petitioner.  *John W. Foster, Joseph H. Wright* and *Herbert J. Deany* for respondent.

No. 138.  EXCEL AUTO RADIATOR Co. *v.* BISHOP & BABCOCK MANUFACTURING Co.  C. A. 6th Cir.  Certiorari denied.  *Benton Baker* and *Max W. Zabel* for petitioner. *John H. Watson, Jr., John T. Scott* and *Arthur H. Boettcher* for respondent.

No. 139.  PAUL A. STRAUB & Co., INC. *v.* UNITED STATES.  United States Court of Customs and Patent Appeals.  Certiorari denied.  *John D. Rode* for petitioner.  *Solicitor General Sobeloff, Assistant Attorney General Burger, John R. Benney, Paul A. Sweeney* and *Herman Marcuse* for the United States.

No. 141.  FAMOUS REALTY, INC. *v.* MITCHELL, SECRETARY OF LABOR.  C. A. 2d Cir.  Certiorari denied. *L. Agnew Myers, Jr.* for petitioner.  *Solicitor General*